UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, | § § § § | |
| VERSUS | § § § | C.A. NO 2:13-cv-05982 |
| UNIVERSITY HEALTHCARE SYSTEMS, L.C., d/b/a TULANE UNIVERSITY HOSPITAL AND CLINIC Defendant. | § § § § § § | JUDGE SARAH VANCE MAGISTRATE JUDGE SHUSHAN |

## JOINT MOTION TO APPROVE AND ENTER CONSENT DECREE AND DISMISS ACTION

The parties to this cause of action move this Court to approve and enter the appended Consent Decree for Civil Action No. 2:13cv-05982. In support of this Motion, the parties represent to this Court as follows:

1. The parties to this suit wish to resolve this controversy without the burden, expense and delay of further litigation of this case:

2. The purposes of the Americans with Disabilities Act (ADA) of 1990, as amended, and Title I of the Civil Rights Act of 1991, as amended, will be promoted and effectuated by the Consent Decree;

3. The appended Consent Decree is intended to, and does in fact; resolve all matters in controversy between the parties raised in the above captioned civil action;

4. Defendant does not admit that there has been a violation of the ADA;

5.  The EEOC and the Defendant to this action will each bear their own attorneys fees and costs.

WHEREFORE, the parties request that this Court approve and enter the appended Consent Decree.

Respectfully submitted,

**P. DAVID LOPEZ**
General Counsel
**JAMES L. LEE**
Deputy General Counsel
**GWENDOLYN Y. REAMS**
Associate General Counsel
**JIM SACHER**
Regional Attorney
**LA. Bar Roll No. 14888**
**GREGORY T. JUGE**
Supervisory Trial Attorney (Acting)
LA. Bar Roll No. 20890
Email: gregory.juge@eeoc.gov
**KATHY D. BOUTCHEE**
Senior Trial Attorney
No LA Bar Roll Assigned
Texas Bar Roll Number 02717500
Email: kathy.boutchee@eeoc.gov


*/s/Michelle T. Butler*
**MICHELLE T. BUTLER**
Senior Trial Attorney
**Bar Roll No. 1286**
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
New Orleans Field Office
1555 Poydras Ave., Suite 1900
New Orleans, LA. 70112
Telephone: (504) 595-2872
Facsimile:  (504) 595-2884
**COUNSEL FOR PLAINTIFF**

**AND**

*/s/Leslie Ehret*
**LESLIE EHRET**
La. Bar Roll No. 18494
Email: lehret@frilotllc.com
**RENEE CULOTTA**
La. Bar Roll No.24436
Email: rculotta@frilotllc.com
**MARY E. JEANFREAU**
La. Bar Roll No.35183
Email: ljeanfreau@frilotllc.com
**FRILOT, LLC**
1100 Poydras St., Suite 3700
New Orleans, La 70163
Telephone:	(504)599-8000
Fax:		(504)599-8100
**COUNSEL FOR DEFENDANT**
**UHS d/b/a TULANE UNIVERSITY**
**HOSPITAL AND CLINIC**