UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　　Plaintiff, | § § § § | |
| VERSUS | § § § | C.A. NO 2:13-cv-05982 |
| UNIVERSITY HEALTHCARE SYSTEMS, L.C., d/b/a TULANE UNIVERSITY HOSPITAL AND CLINIC<br>　　　　Defendant. | § § § § § § | JUDGE SARAH VANCE<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

　　Considering the Joint Motion to Approve and Enter Consent Decree and to Dismiss Action filed by the parties and the appended Consent Decree, the Court grants the parties' motion.

　　Further, the Court having approved and executed the Consent Decree, hereby instructs the Clerk of Court to enter the Decree into the record and to dismiss the EEOC's complaint with prejudice, with EEOC and Defendant to bear their own cost and with each party to bear their own attorneys' fees.

　　Rendered and signed at New Orleans, Louisiana, this __14th__ day of __August__, 2015.

*Sarah Vance*
**SARAH   VANCE**
**UNITED STATES DISTRICT COURT JUDGE**